United States District Court
For the Northern District of California

1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ALEX T. OWEN,                      )      No. C 13-03764 EJD (PR)
                                        )
11              Petitioner,             )      ORDER OF DISMISSAL
                                        )
12      v.                              )
                                        )
13   MARION E. SPEARMAN, Warden,        )
                                        )
14              Respondent.             )
                                        )
15   _____

16

17          On August 13, 2013, Petitioner, a state prisoner proceeding pro se, filed a petition for

18   a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and an In Forma Pauperis ("IFP")

19   Application.  On the same day, the Clerk of the Court sent a notice to Petitioner informing

20   him that the IFP Application was incomplete and that he needed to file a complete IFP

21   Application within twenty-eight days.  (Docket No. 3.)  On October 18, 2013, the Court

22   granted Petitioner an extension of time until November 18, 2013, to either file a complete

23   IFP Application or pay the full filing fee.  (Docket No. 6.)  The deadline has since passed,

24   and Petitioner has failed to respond.  Accordingly, this case is **DISMISSED** without

25   prejudice for failure to pay the filing fee.

26   DATED: ___12/23/13___                     _____

27                                             EDWARD J. DAVILA
                                               United States District Judge
28

Order of Dismissal
G:\PRO-SE\EJD\HC.13\03764Owen_dism-ifp.wpd