IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**ALEX T. OWEN,**

Petitioner,

v.

**MARION SPEARMAN, Warden,**

Respondent.

No. C 13-03764 VC (PR)

[PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until July 13, 2014, to file his answer the application for writ of habeas corpus. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel within thirty (30) days of the date the answer is filed.

Dated: June 19, 2014

_____
VINCE CHHABRIA
United States District Judge

1

[Proposed] Order (C 13-03764 VC (PR))