UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX T. OWEN,<br><br>    Petitioner,<br><br>v.<br><br>MARION SPEARMAN,<br><br>    Respondent. | Case No. 13-cv-03764-VC<br><br>**JUDGMENT** |

The petition for writ of habeas corpus having been denied, judgment is hereby entered in favor of Respondent.  Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED**.

Dated: March 4, 2015

_____
VINCE CHHABRIA
United States District Judge