UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEX T. OWEN,

    Plaintiff,

  v.

MARION SPEARMAN,

    Defendant.

Case No. 13-cv-03764-VC

**ORDER DENYING MOTION FOR RECONSIDERATION**

Re: Dkt. No. 36

Alex Owen filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254(a). On March 4, 2015, the Court denied the petition and a certificate of appealability. On March 25, 2015, Owen filed a motion for reconsideration of the order denying his petition and the certificate of appealability. In his motion, he makes the same arguments he made in his petition and traverse. Also on March 25, 2015, Owen filed a notice of appeal.

Federal Rule of Civil Procedure 60(b), provides for reconsideration where one or more of the following is shown: (1) mistake, inadvertence, surprise or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial; (3) fraud by the adverse party; (4) the judgment is void; (5) the judgment has been satisfied; (6) any other reason justifying relief. Fed. R. Civ. P. 60(b); *School Dist. No. 1J v. ACandS Inc.*, 5 F.3d 1255, 1263 (9th Cir.1993).

Owen's arguments do not present a valid basis for reconsideration under Rule 60(b). Therefore, the motion is denied.

This Order terminates docket number 36. The Clerk of the Court shall send a copy of this order to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED**.

Dated: April 2, 2015

_____

VINCE CHHABRIA
United States District Judge